Date: 12/30/09        Page: 1

**DIVIDENDS REMITTED TO THE COURT**
Check Number 1512 Dated 12/30/09
Case Number 01-43354 - HEALTH RISK MANAGEMENT,

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| ON CALL CLINICIANS<br>2445 WINNETKA AVE N STE 201<br>MINNEAPOLIS MN 55427 | 000008 | 360.00 | 2.34 |
| PREMIER HEALTH SYSTEMS INC<br>PO BOX 1640<br>COLUMBIA SC 29202-1640 | 000015 | 35.00 | 0.23 |
| EARLY LENNON CROCKER &<br>BARTOSIEWICZ<br>900 COMERICA BUILDING<br>KALAMAZOO MI 49007-4752 | 000016 | 475.00 | 3.09 |
| FURST GROUP MANAGEMENT<br>PARTNERS INC.<br>555 S PERRYVILLE RD<br>ROCKFORD IL 64408 | 000017 | 714.39 | 4.65 |
| WOODSIDE ENTERPRISE INC<br>PO BOX 50190<br>309 E WATER ST<br>KALAMAZOO MI 49005 | 000019 | 422.00 | 2.75 |
| LIGHTNING PRINTING INC<br>6244 LYNDALE AVE S<br>MPLS MN 55423 | 000021 | 523.46 | 3.41 |
| MICROFACS<br>3313 REPUBLIC AVE<br>MINNEAPOLIS MN 55426 | 000027 | 377.16 | 2.45 |
| G&K SERVICES<br>MPLS LINEN<br>621 OLSON MEMORIAL HWY<br>MINNEAPOLIS MN 55405 | 000034 | 458.04 | 2.98 |
| CITY SPRINT<br>5555 WEST 78TH ST STE D<br>EDINA MN 55439 | 000036 | 296.32 | 1.93 |
| PRAIRIE ELECTRIC COMPANY<br>6595 EDENVALE BLVD STE 120<br>EDEN PRAIRIE MN 55346 | 000045 | 79.95 | 0.52 |
| KALAMAZOO SECURITY SYSTEMS<br>219 N WESTEDGE AVE<br>KALAMAZOO MI 49007 | 000051 | 111.00 | 0.72 |
| CADILLAC COFFEE CO<br>DRAWER 0109<br>PO BOX 33321 | 000067 | 673.16 | 4.38 |

COURT1        Printed: 12/30/09 09:14 AM   Ver: 15.05a

Date: 12/30/09                                                                                                                          Page: 2

**DIVIDENDS REMITTED TO THE COURT**

Check Number 1512 Dated 12/30/09

Case Number 01-43354 - HEALTH RISK MANAGEMENT,

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| DETROIT MI 48232-5321 | | | |
| WELLS FARGO FNCL LEASING<br>ATTN VICTORIA DUKES<br>1360 ENERGY PARK DR<br>STE 350<br>ST PAUL MN 55108 | 000075A | 548.98 | 3.57 |
| WELLS FARGO FNCL LEASING<br>ATTN VICTORIA DUKES<br>1360 ENERGY PARK DR<br>STE 350<br>ST PAUL MN 55108 | 000077A | 717.05 | 4.67 |
| BROWNING FERRIS IND INC<br>C/O PO BOX 5126<br>TIMONIUM MD 21094 | 000090 | 167.56 | 1.09 |
| AMERICAN EXPRESS TRAVEL<br>C/O BECKET & LEE<br>PO BOX 3001<br>MALVERN PA 19355-0701 | 000102 | 130.31 | 0.85 |
| WELLS FARGO FNCL LEASING<br>ATTN VICTORIA DUKES<br>1360 ENERGY PARK DR<br>STE 350<br>ST PAUL MN 55108 | 000105A | 640.66 | 4.17 |
| INTERIOR DESIGN SERVICES<br>PO BOX 30220<br>NASHVILLE TN 37241-0220 | 000114 | 108.00 | 0.70 |
| PITNEY BOWES CREDIT CORP<br>27 WATERVIEW DR<br>SHELTON CT 06484-5151 | 000125 | 147.63 | 0.96 |
| MARSHALL LORETTA M<br>68755 COUNTY RD 27<br>FAIRFAX MN 55332 | 000187 | 431.52 | 2.81 |
| FLOWERS OF EDINA<br>7025 AMUNDSON AVE<br>EDINA MN 55439 | 000310 | 294.30 | 1.91 |
| BORGESS VNA HOME CARE<br>325 E CENTRE<br>PORTAGE MI 49002 | 000387 | 459.00 | 2.99 |

Date: 12/30/09

**DIVIDENDS REMITTED TO THE COURT**

Check Number 1512 Dated 12/30/09

Case Number 01-43354 - HEALTH RISK MANAGEMENT,

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| LOUISIANA DEPT OF REVENUE<br>PO BOX 66658<br>BATON ROUGE LA 70896 | 000398A | 59.80 | 0.39 |
| COMARK<br>444 SCOTT DR<br>BLOOMINGDALE IL 60108 | 000406 | 313.00 | 2.04 |
| QUALCOMP RESEARCH COMPANY<br>1580 E CONSTANCE DR<br>MINNEAPOLIS MN 55422 | 000419 | 490.00 | 3.19 |
| VOSS LIGHTING<br>PO BOX 22159<br>LINCOLN NE 68542-2159 | 000445 | 100.33 | 0.65 |
| AMERICAN EXPRESS TRAVEL<br>C/O BECKET & LEE LLP<br>PO BOX 3001 DEPT<br>MALVERN PA 19355-0701 | 000449 | 130.31 | 0.85 |
| SHUMAKER LOOP & KENDRICK LLP<br>101 E KENNEDY BLVD STE 2800<br>TAMPA FL 33602-5151 | 000463 | 742.50 | 4.83 |
| ---------- Remittance Total ---------------- | | 10,006.43 | 65.12 |

_[signature]_  1-13-10

TIMOTHY D. MORATZKA, Trustee