MN, ND-305
(5/94)



#192533
2-9-11
RE

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: Health Risk Management

Chapter 7 Case No. 01-43354

Please Check One:

☒ **Unclaimed Dividends**

☐ Distribution Less Than $5

| Name and Address of Payee | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Gatax Capital El Camino<br>2502 Rocky Pt. Dr, Ste 960<br>Tampa FL 33607 | 328 | $14,516.80 | $33.42 |
| Exp Nets of Mississippi<br>P O Box 97569<br>Pearl, MS 39288 | 49 | $1,558.03 | $10.14 |
| Health Policy & Strategy<br>Robert Laszewski<br>1225 Connecticut Ave<br>Washington DC | 127 | $7,500.00 | $48.80 |
| Signature Dining<br>6300 Penn Avenue So.<br>Richfield, MN 55423 | 129 | $41,553.95 | $270.37 |
| Zamba Corporation<br>3033 Excelsior Suite 200<br>Minneapolis, MN | 311 | $148,470.96 | $966.02 |
| Irey, Jon<br>P O Box 73<br>326 Fawn Lane<br>Tahoe Vista, C 96148 | 446 | $12,500.00 | $81.33 |

MN, ND-305
(5/94)

| | | | |
|---|---|---|---|
| United Asset Coverage<br>215 Shuman Blvd.-4th Fl.<br>Naperville, IL | 462 | $12,203.00 | $79.40 |
| National Education Training<br>P O Box 75638<br>Chicago, IL | 442 | $67,250.00 | $437.56 |
| Phoenix Document Services<br>12121 Nicollet Avenue So.<br>Burnsville, MN 55337 | 11 | $4,574.72 | $29.37 |
| Gatx capital El Camino<br>2502 N. rocky Pt. Drive<br>Tampa, FL   33607 | 328A | $14,516.80 | $9,380.52 |
| Airborne Freight Co<br>DBA Airborne Express<br>3131 elliott Ave, Ste 200<br>Seattle, WA 98121-1047 | 412 | $768.44 | $5.00 |

Date:   February 7, 2011

1333487.1-TDM

/e/Timothy D. Moratzka
TIMOTHY D. MORATZKA, TRUSTEE

RECEIVED
11 FEB -9 AM 9: 22
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN