#192532
2-9-11
Rec

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: __Health Risk Management__

Chapter 7 Case No. __01-43354__

Please Check One:

☒ **Unclaimed Dividends**

☐ Distribution Less Than $5

| Name and Address of Payee | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Andrew Jehelka<br>339 S Wells, Ste 711<br>Chicago, IL 60606 | 514 | $53,016,420.85 | $19,626.08 |

RECEIVED
11 FEB -9 AM 9:22
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

1348708.1-TDM