Date: 02/15/11                                     Run on 3/15/11
              DIVIDENDS REMITTED TO THE COURT  by HS  # 192759        Page: 1

                    Check Number 1548 Dated 02/15/11
              Case Number 01-43354 - HEALTH RISK MANAGEMENT, INC

| Creditor | Claim Number | Allowed Amount | Amount Paid |
|---|---|---|---|
| BOISE CASCADE<br>1501 WOODFIELD RD<br>STE 300E<br>SCHAUMBURG IL 60173 | 000026 | 15,861.47 | 103.20 |
| CERIDIAN EMPLOYER SVCS<br>9150 S HILLS BLVD STE 100<br>BROADWAY HGHTS OH 44147 | 000042 | 9,411.23 | 61.23 |
| MINORITIES & SUCCESS<br>25835 NARBONNE AVE STE 225<br>LOMITA CA 90717 | 000055 | 2,985.00 | 19.42 |
| ADECCO EMPLOYMENT SVCS INC<br>THE OLSTEN CORP<br>175 BROADHOLLOW RD<br>MELVILLE NY 11747-8905 | 000126 | 2,024.24 | 13.17 |
| TASLER, MICHELE<br>1043 SE DELAWARE AVE, APT. G<br>ANKENY, IA 50021-6525 | 000025 | 520.00 | 287.82 |
| GREEN ,DARLENE P<br>20 N 62ND ST<br>PHILADELPHIA PA 19139 | 000092 | 452.00 | 267.95 |
| MONTGOMERY ROBERT L<br>ONE MONTEREY TERRACE<br>ORINDA CA 94563 | 000146 | 3,968.80 | 2,474.54 |
| LEE LAURINDA A<br>7817 SUMMERDALE AVE-2ND FL<br>PHILADELPHIA PA 19111 | 000170 | 1,528.76 | 906.25 |
| W MICHAEL SMITH<br>C O GISLASON & HUNTER LLP<br>PO BOX 5297<br>MINNETONKA MN 55343-2297 | 000494 | 200,000.00 | 1,301.28 |
| DUKE REALTY CORP<br>C/O JOHN FINN<br>1550 UTICA AVE S<br>ST LOUIS PARK MN 55416-5343 | 000476A | 344,725.29 | 2,242.92 |
| KORN FERRY INTL<br>1800 CENTURY PK E<br>STE 900<br>LOS ANGELES CA 90067 | 000444 | 31,733.00 | 206.47 |
| INTELLICARE NORTHE INC<br>500 SOUTHBOROUGH DR | 000427 | 3,285.00 | 21.37 |

COURT2                                              Printed: 02/15/11 11:03 AM   Ver: 16.01c

Date: 02/15/11
**DIVIDENDS REMITTED TO THE COURT**
Page: 2

Check Number 1548 Dated 02/15/11
Case Number 01-43354 - HEALTH RISK MANAGEMENT, INC

| Creditor | Claim Number | Allowed Amount | Amount Paid |
|---|---|---|---|
| SOUTH PORTLAND ME 04106 | | | |
| SOLUCIENT LLC<br>C/O THOMSON REUTERS<br>3 TIMES SQUARE<br>NEW YORK, NY 10036 | 000405 | 7,500.00 | 48.79 |
| ---------- Remittance Total -------------- | | 623,994.79 | 7,954.41 |

*[signature]*
TIMOTHY D. MORATZKA