UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

*[Handwritten: Rung by cmh $251.15 04-27-11 Receipt #193070]*

Debtor: Health Risk Management

Chapter 7 Case No. 01-43354

Please Check One:

☐☒ **Unclaimed Dividends**

☐☐ Distribution Less Than $5

*[Stamp: RECEIVED 11 APR 27 AM 9:24 U.S. BANKRUPTCY COURT MINNEAPOLIS]*

| Name and Address of Payee | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Boelter & Associates<br>c/o Steven J. Kluz<br>Rider Bennett, LLP<br>333 South 7th Street<br>Minneapolis, MN 55402 | 512 | $38600 | 251.15 |

1382089.1-TDM

FORM B10 (Official Form 10) (4/01)

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF MINNESOTA | AMENDED PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: Health Risk Management, Inc. | Case Number: 01-43354 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

Name of Creditor (The person or other entity to whom the debtor owes money or property)

Boelter and Associates Incorporated

☐ Check box if you are aware that anyone has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

Name and Address where notices should be sent:
c/o Steven J. Kluz, Sr., Esq.
Rider Bennett, LLP
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402  (Phone – 612-340-7916)

THIS SPACE FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here if this claim ☐ replaces ☒ amends a previously filed claim, dated _____11/21/01_____

1. Basis for Claim
   ☐ Goods sold
   ☒ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☒ Other: 502(h) claim related to settlement of preference action

   ☐ Retiree benefits as defined in 11 U.S.C. §114(a)
   ☐ Wages, salaries, and compensation (fill out below)
      Your SS#: _____
      Unpaid compensation for services performed
      from _____ to _____
          (date)        (date)

2. **Date debt was incurred:** See attached

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $ 38,600.00
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. Secured Claim.
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate  ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $_____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. Unsecured Priority Claim.
   ☐ Check this box if you have an unsecured priority claim
      Amount entitled to priority $_____
      Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $4,300),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507(a)(3)
   ☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4)
   ☐ Up to $1,950* of deposits toward purchase, lease or rental of property or services for personal, family, or household use - 11 U.S.C. §507(a)(6)
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. §507(a)(7)
   ☐ Taxes or penalties owed to government units - 11 U.S.C. §507(a)(8)
   ☐ Other - Specify applicable paragraph of 11 U.S.C. §507(a)(__)
   *Amounts are subject to adjustment on 4/1/2001 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

7. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
8. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NO SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
9. **Time-Stamped Copy:** To receive an acknowledgment of the filing of the claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE FOR COURT USE ONLY

Date: 9/30/2003   Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

[signature]   M. William Boelter

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

1041471-1