*Copies/15 by HJ*

*# 193558*

**RECEIVED**
**11 JUL 15 AM 9:44**
**U.S. BANKRUPTCY COURT**
**MINNEAPOLIS, MN**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: Health Risk Management

Chapter 7 Case No. 01-43354

Please Check One:

☐☒ **Unclaimed Dividends**

☐☐ Distribution Less Than $5

| Name and Address of Payee | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| IBM Corp<br>C/O Beverly H Shidler<br>91222 Collections Center Dr<br>Chicago, IL 60693-1222 | 473 | $247162.16 | 1608.14 |
| IBM CORP<br>C/O BEVERLY H SHIDLER<br>91222 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693-1222 | 89 | 45,636.78 | 296.94 |

Trustee has attempted to send dividend checks to several different addresses. The checks have not been negotiated.

1413951.1-TDM

*1,905.08*