Date: 04/04/17    DIVIDENDS REMITTED TO THE COURT    Page: 1

Check Number 200066 Dated 04/04/17
Case Number 01-43354 - HEALTH RISK MANAGEMENT, INC

205064
rung 4-14-17
KLH

U.S. BANKRUPTCY COURT MINNEAPOLIS, MN
RECEIVED APR 14 PM 3:43

| Creditor | Claim Number | Allowed Amount | Amount Paid |
|---|---|---|---|
| BOISE CASCADE<br>1501 WOODFIELD RD<br>STE 300E<br>SCHAUMBURG IL 60173 | 000026 | 15,861.47 | 11.96 |
| Robin Samet<br>c/o The Samets<br>6036 Danbury Court<br>West Bloomfield, MI 48322 | 000094B | 7,704.21 | 5.82 |
| HEALTH POLICY & STRATEGY ASSOC<br>ROBERT LASZEWSKI<br>1225 CONNECTICUT AVE NW<br>WASHINGTON DC 20036 | 000127 | 7,500.00 | 5.66 |
| PRO STAFF PERSONNEL SERVICES<br>ATTN: KEVIN KIM<br>50 S 10TH ST, STE 500<br>MINNEAPOLIS, MN 55403 | 000136 | 10,374.00 | 7.84 |
| KORN FERRY INTL<br>1800 CENTURY PK E<br>STE 900<br>LOS ANGELES CA 90067 | 000444 | 31,733.00 | 23.95 |
| UNITED ASSET COVERAGE INC<br>215 SHUMAN BLVD, 4TH FL<br>NAPERVILLE, IL 60563 | 000462 | 12,203.00 | 9.22 |
| JOSEPH PADUDA<br>DBA HEALTH STRATEGY ASSOC<br>PO BOX 627<br>MADISON CT 06443 | 000483 | 8,527.00 | 6.44 |
| ROSA ,LUIS A<br>753 OLLIE CHUNN RD<br>SPRING HILL, TN 37174 | 000501B | 195,350.00 | 147.40 |
| ANDREW JEHELKA<br>339 S WELLS STE 711<br>CHICAGO IL 60606 | 000514 | 3,016,420.85 | 2,276.06 |
| | Remittance Total | 3,305,673.53 | 2,494.35 |

*signature*
TIMOTHY D. MORATZKA

COURT2    Printed: 04/04/17 09:47 AM    Ver: 19.06c